William SHORTER, Jr., Plaintiff—Appellant,

v.

Joseph M. BROOKS, Defendant—Appellee.

William Shorter, Jr., Petitioner—Appellant,

v.

Joseph M. Brooks, Respondent—Appellee.

No. 03–7432.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2004.

Decided Feb. 25, 2004.

William Shorter, Jr., Appellant pro se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

PER CURIAM.

In appeal No. 03–7432, William Shorter, Jr., seeks to appeal from the district court's order transferring his action to the Alexandria Division of the Eastern District of Virginia. He noted appeal No. 03–7600 from the district court's denial of his motion for leave to proceed in forma pauperis on appeal. We have reviewed the record and find no reversible error and no abuse of discretion. *See* 28 U.S.C. §§ 1631 & 1915 (2000); *Braden v. 30th Judicial Circuit Court,* 410 U.S. 484, 497, 93 S.Ct. 1123, 35 L.Ed.2d 443 (1973). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. *See Shorter v. Brooks,* No. CA–3–545–2 (E.D.Va. Aug. 19 & Sept. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*